IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| YOUNG AUTOMOTIVE GROUP, LLC, a Utah limited liability company; and CENTER OF EXCELLENCE, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY SERVICES, INC., a New York corporation,<br><br>Defendant. | **ORDER TO SHOW CAUSE**<br><br>Case No. 1:23-cv-117-TC<br><br>Judge Tena Campbell |

Plaintiffs Young Automotive Group, LLC, and Center of Excellence, LLC, filed the original complaint in this action on November 2, 2023 (ECF No. 2). The Plaintiffs assert that jurisdiction is appropriate under 28 U.S.C. § 1332 based on diversity of citizenship. But "for entities other than corporations," the court's "diversity jurisdiction in a suit by or against the entity depends on the citizenship of … each of its members." Penteco Corp. Ltd. Partnership-1985A v. Union Gas Sys., Inc., 929 F.2d 1519, 1523 (10th Cir. 1991) (quoting Carden v. Arkoma Assocs., 494 U.S. 185, 195–96 (1990)). The Plaintiffs have not pled the citizenship of each member of Young Automotive Group, LLC, and Center of Excellence, LLC.[1] Until they do so, the court cannot conclude that it has jurisdiction.

Accordingly, on or before November 20, 2023, the Plaintiffs shall plead the citizenship of

---

[1] The Plaintiffs assert that Center of Excellence, LLC, is a wholly owned subsidiary of Young Automotive Group, LLC. (Complaint ¶ 8, ECF No. 2.)

each member of Young Automotive Group, LLC, and Center of Excellence, LLC, to show diversity. If diversity jurisdiction is not established, this case will be dismissed.

SO ORDERED this 6th day of November, 2023.

BY THE COURT:

_____
Tena Campbell
United States District Judge