AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

YOUNG AUTOMOTIVE GROUP, LLC, a Utah limited liability company; and CENTER OF EXCELLENCE, LLC, a Utah limited liability company,

        Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY SERVICES, INC., a New York corporation,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:23-cv-117-TC

IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

_____

November 28, 2023
_____
*Date*

BY THE COURT:

_____
U.S. District Court Judge Tena Campbell